UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:19 CV 300 (JMB) |
| | ) |
| WASHINGTON UNIVERSITY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court shall disable the link to Document 1.

**IT IS FURTHER ORDERED** that plaintiff shall refile his complaint and attached exhibits under seal. In naming his exhibits, plaintiff is directed to use the initials of nonparties rather than their names.

                                                                                     **/s/ *John M. Bodenhausen***
                                                                                      JOHN M. BODENHAUSEN
                                                                                      UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of February, 2019.