UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Doe | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )   Case No. 4:19-cv-00300-JMB |
| | ) |
| Washington University | ) |
| | ) |
| | ) |
| **Defendant** | ) |

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section

### CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Washington University**

Submitted By:  Lisa A. Pake          Dated  March 18, 2019

**Note:  Corporations may execute this election only by counsel.**

---

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **March 18, 2019**

Signature:   /S/ Lisa A. Pake

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Doe | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 4:19-cv-00300-JMB |
| Washington University | ) |
| | ) |
| | ) |
| Defendant | ) |

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section

### CHECK ONE:

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**John Doe**

Submitted By: **John Galt Covert**     Dated **March 04, 2019**

Note: Corporations may execute this election only by counsel.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **March 04, 2019**

Signature: /S/ **John Galt Covert**