UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON UNIVERSITY<br><br>      Defendant. | Case No.: 4:19-cv-00300-JMB |

**OPPOSITION OF DEFENDANT WASHINGTON UNIVERSITY**
**TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

On February 26, 2019, this Court entered an Order (Doc. #12) placing the Complaint and exhibits in this action under seal. On March 4, 2019, Plaintiff John Doe filed a Motion to Clarify that Order (Doc. #16), asking that the Court unseal the Complaint and many of the exhibits. The Court denied the Motion to Clarify without prejudice on March 13, 2019 (Doc. #19). Later that day, Plaintiff filed a Motion for Reconsideration (Doc. #20). Because Plaintiff's Motion offers no new reason why the Court should depart from its original Order, Defendant Washington University opposes the motion on the same grounds as set forth in the University's Response to Plaintiff's Motion to Clarify (Doc. #17).

Given the sensitive nature of the subject matter, coupled with the proven difficulties in managing the electronic filing process in a way that maintains appropriate confidentiality, there is good cause under Local Rule 13.05 to keep the Court's February 26 Order in place. The Complaint and exhibits should remain under seal, at least until the Court determines after motion practice whether the Complaint states a claim, or other measures are taken to ensure that the

Complaint and exhibits do not expressly or by inference reveal identifying information of nonparties.

Dated: March 20, 2019        HAAR & WOODS, LLP

/s/ Lisa A. Pake
Robert T. Haar, #30044MO
Lisa A. Pake, #39397MO
Matthew A. Martin, #64000MO
1010 Market Street, Suite 1620
St. Louis, MO 63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com
mmartin@haar-woods.com

*Attorneys for Defendant Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I filed the foregoing Opposition of Defendant Washington University to Motion for Reconsideration with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record for the parties.

   /s/ Lisa A. Pake