UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON UNIVERSITY<br><br>    Defendant. | Case No.: 4:19-cv-00300-JMB |

## MOTION OF DEFENDANT WASHINGTON UNIVERSITY FOR LEAVE TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS UNDER SEAL

Pursuant to Local Rule 13.05, Defendant Washington University (the "University") seeks leave to file the attached Reply in Support of Motion to Dismiss for failure to state a claim upon which relief may be granted under seal. In support of its request, the University states as follows:

1. By Order of this Court, Plaintiff's Complaint and the attached exhibits as well as the University's Memorandum in Support of Motion to Dismiss have been previously filed under seal.

2. To maintain consistency with the Court's Orders currently in place, good cause exists for the University's Reply in Support of its Motion to Dismiss to also be filed under seal.

3. The University further requests that Plaintiff's Memorandum in Response to the University's Motion to Dismiss (Doc. #32) be placed under seal pending the Court's ruling on Plaintiff's Motion to Unseal Certain Documents. A hearing on that motion is currently scheduled for May 14, 2019.

WHEREFORE, defendant Washington University respectfully requests that the Court grant leave to file the attached Reply in Support of Motion to Dismiss under seal, and that it seal Plaintiff's Memorandum in Response to Motion to Dismiss pending further Order of this Court.

HAAR & WOODS, LLP

/s/ Robert T. Haar
Robert T. Haar, #30044MO
Lisa A. Pake, #39397MO
Matthew A. Martin, #64000MO
1010 Market Street, Suite 1620
St. Louis, MO 63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com
mmartin@haar-woods.com

*Attorneys for Defendant Washington University*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2019, the foregoing was served by electronic mail and filed electronically to be served by operation of the CM/ECF system upon all counsel of record.

_____/s/ Robert T. Haar_____