UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:19 CV 300 |
| WASHINGTON UNIVERSITY, | ) |
| Defendant. | ) |

# **EXHIBIT 6 FILED UNDER SEAL**