UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: <u>4:19 CV 300</u> ) ) |
| WASHINGTON UNIVERSITY, | ) ) |
| Defendant. | ) ) ) |

# **<u>EXHIBIT 8 FILED UNDER SEAL</u>**