UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|   Plaintiff, | ) |
| v. | ) Case No.: 4:19-cv-00300-JMB |
| WASHINGTON UNIVERSITY, | ) |
|   Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT 31 UNDER SEAL**

Plaintiff, JOHN DOE, by and through his undersigned attorneys, files this Motion for Leave to File Exhibit 31 Under Seal, and in support hereof states as follows:

1. Although Plaintiff would like the public to view Exhibit 31, it reveals the identities of parties and witnesses, so Plaintiff requests leave to file under seal.

2. In order to understand the whole picture, including why N.A.T. was false, the Court should view Exhibit 31, which shows N.A.T. author joking with Plaintiff about one of the incidents that Jane Roe 2 later reported as an assault.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Motion for Leave File Exhibit 31 under seal, *instanter*, and grant Plaintiff such other relief as this Court deems fair and just.


Respectfully submitted,

BY:  /s/ John G. Covert - #6285969IL
      One of his attorneys

JOHN GALT COVERT
U.S. District Court for the Eastern District of Missouri - Bar #6285969IL
The Llorens Law Group, Ltd.
20 N. Clark St., 33rd Floor
Chicago, Illinois 60602
(312) 602-2747
j.covert@llorenslawgroup.com