UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:19-cv-00300-JMB |
| WASHINGTON UNIVERSITY, | ) |
| Defendant. | ) |

**PLAINTIFF'S SUPPLEMENTAL TABLE OF AUTHORITIES**

NOW COMES the Plaintiff, by and thru his attorneys, and, in addition to the cases and authorities cited before, Plaintiff hereby submits the following supplemental authorities cited by Plaintiff's counsel at oral arguments:

NEGLIGENCE

- *Restatement (Second) of Torts § 321 (1965)* **-** (used to find duty in Minnesota cases), attached as **EXHIBIT A**.

- State of Missouri's appellate brief in *State of Missouri v. Linda Gargus*, SC93937, filed May 1, 2014, attached as **EXHIBIT B**.

- *Restatement (Second) of Torts § 324A (1965)*, attached as **EXHIBIT C**.

PROMISSORY ESTOPPEL

- *Robbe v. Webster University* - 98 F. Supp. 3d. 1030 (E.D. Mo. 2015), attached as **EXHIBIT D**.

1

Respectfully submitted,

BY:  JOHN G. COVERT - 6285969IL

USDC for the Eastern District of Missouri - Bar #6285969IL
The Llorens Law Group, Ltd.
Attorneys for Plaintiff
20 N. Clark St., 33rd Floor
Chicago, Illinois 60602
(312) 602-2747
j.covert@llorenslawgroup.com